United States District Court
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT**

Case No. _____

*(write the number including letters of your criminal case)*

UNITED STATES OF AMERICA

**07-20369**

v.

**Roger Junior Sweet**
*(write your name here)*

MOTION FOR
SENTENCE REDUCTION
PURSUANT TO
18 U.S.C. § 3582(c)(1)(A)
(COMPASSIONATE RELEASE)

(*Pro Se* Prisoner)

---

### NOTICE

Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page 1 of 7

TRULINCS 41951039 - SWEET, ROGER JUNIOR - Unit: MIL-F-B

---

FROM: 41951039
TO: MIL/RISCoordinator
SUBJECT: ***Request to Staff*** SWEET, ROGER, Reg# 41951039, MIL-F-B
DATE: 12/01/2020 12:02:54 PM

To: Burnette
Inmate Work Assignment: f1 ord pool

================================================================================
================================================================================
====================
-Formal request for a reduction in sentence, formally known as, "compassionate release" pursuant to 18 U.S.C. 3582(c)(1)(a)(I)
-                       As a direct result of putative harm received from Coronavirus, COVID 19.
================================================================================
================================================================================
====================

    Back in and around April 2020, Sweet unfortunately ran afoul of the novel Covid 19 virus do to the blatant disregard for inmate and staff health and saftey at the FCI Milan Federal Bureau Of Prisons located in Milan MI 48160, he promulgates the following criteria that fits the Center For Disease Control's definition of an extraordinary and compelling reason to justify early release thereby.

    Roger is 72 years young and was hospitalized with a near death experience to include irregular heart rhythm that was a direct result of the novel disease. But Roger does not maintain the ability to care for himself, since he is in the custody of the Federal Government and can only do what he is told. He has a plethora of co-morbitites, older age, has served a tremendous amount of time for his conviction so long ago, and poses no danger whatsoever to the community therein. He was sentenced twice for the same underlying conduct that should give rise to a ripe double jeopardy claim, but is out of time with respect to the procedural aspects of the federal court.

    With that being said, he has absolutely know incidents whatsoever, perfect conduct in the State and Feds and a reduction should be warranted accordingly. He has programmed, reformed his past history adducing what would not be a hindrance on society's outlook on prisoners. The medical problems only complex the issue at hand here, because he is living in a facility that is materially misrepresenting the true nature of the outbreak and reporting low numbers to Congress and the Judiciary, wholly inconsistent with the Constitutional constraints thereof.

    At this particular juncture, he respect fully request a reduction in sentence, albeit compassionately. See 18 U.S.C 3582(C)(i)(a)(i).

Very truly Yours,

*[signed]* Roger Sweet      DATE: 12-3-20

Robert Sweet
NAME
44570-39
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
DEC 10 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

12-7-20

METROPLEX MI 480
7 DEC 2020 PM 8 L

US District Court
Clerks office
231 West Lafayette Blvd
Detroit, MI 48226

